**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

Luke McGuire, Special Agent with the U.S. Drug Enforcement Administration (DEA), being duly sworn, deposes and says:

1. I have been employed by the DEA since March of 2003. I completed the Basic Agent Training in Quantico, Virginia in 2003. Prior to that, I was a law enforcement officer with various law enforcement agencies since July of 1994. Through training and experience as well as knowledge learned from other law enforcement officers, your affiant has become familiar with narcotics investigations. During the course of my tenure as a Special Agent of the DEA, I have been responsible for conducting investigations targeting drug traffickers engaged in the unlawful possession and distribution of controlled substances.

2. I am submitting this affidavit in support of a search warrant for the trunk compartment of a 1971 red and white top Pontiac Grand Ville convertible automobile (VIN: 268671P381965) as well as any/all locked or unlocked containers found within.

3. This affidavit does not contain all the facts of this investigation known to your affiant, but rather contains only those facts believed to be necessary to establish probable cause that the above-described trunk may contain evidence related to Stacy Anthony MOORE'S drug trafficking activities.

4. On August 19, 2008 at approximately 2:30 a.m., your affiant obtained a District of Columbia Superior Court search warrant for Stacy Anthony MOORE'S residence located at 2215 Hunter Place, SE, # 204, Washington, DC. The search warrant was issued by the Honorable Judge Melvin Wright who authorized night time execution of the warrant. At approximately 2:59 a.m., members of a Metropolitan Police Department (MPD) Gun Recovery Unit executed the search warrant at MOORE'S residence. Among the items seized pursuant to the execution of the search warrant, officers recovered over fifty grams of cocaine base, over five hindred grams of powdered cocaine, and distribution of amounts of heroin and MDMA (Ecstasy). Also seized were three firearms, including a .223 caliber semi-automatic assault rifle along with accompanying magazines and ammunition, over $7,000 in cash, and drug paraphernalia indicative of trafficking activities. MOORE and Carol SAMOUN, the occupants of the residence at the time the warrant was executed, were arrested and charged in a six count Indictment, inter alia, with Unlawful Possession with Intent

to Distribute 50 Grams or More of Cocaine Base and Using, Carrying and Possessing a Fireman During a Drug Trafficking Offense.

5.    The Pontiac Grand Ville described herein was parked within a gated lot near the entrance of 2215 Hunter Place, SE, Washington, DC. The lot was secured by a perimeter fence which could be accessed by residents of the building. On August 19, 2008, there were no license plates attached to the vehicle or visibly displayed. However, prior to that date, your affiant learned from a Special Agent of the U.S. Secret Service, who observed the Pontiac Grand Ville, that, at one point in time, the Pontiac displayed Michigan license plate # 023M44. A query of Michigan license plate # 023M44 by law enforcement officers revealed that the 1971 Pontiac Grand Ville was registered to the General Motors Corporation and its subsidiaries with a listed address of 7133 E 11 Mile Rd, Warren, MI.  In October of 2008, your affiant learned that, on/about April 18, 2008, MOORE placed the 1971 Pontiac Grand Ville under his GEICO insurance policy (account # 4125-26-7791) at his address of 2215 Hunter Place, SE, Apt. 204. According to GEICO, there was no existing lien for this vehicle.

7.    Due the information provided by the GEICO insurance company regarding the 1971 red and white-top Pontiac Grand Ville convertible, its proximity to the entrance doorway leading to MOORE'S residence, and the apparent attempt to conceal the identity of its owner through either third party registration information and/or removal of the license plate, your affiant believes that the 1971 red and white-top Pontiac Grand Ville convertible is connected to MOORE'S illegal drug trafficking activities and that the contents of its trunk may contain evidence of these activities.

## **CONCLUSION**

8.    WHEREFORE, I respectfully submit that probable cause exists to believe that the trunk compartment as well as any/all locked or unlocked containers found within the 1971 Pontiac Grand Ville red and white top convertible automobile, VIN: 268671P381965, which was seized following Stacy Anthony MOORE'S arrest on August 19, 2008 may contain evidence related to violations of Title 21, United States Code, Section 841 (a)(1), in that he possessed with intent to distribute more

than fifty (50) grams of cocaine base and more than five hundred (500) grams of cocaine.

_____
Luke McGuire
Special Agent, DEA

Subscribed and sworn to before me, this \_\_ day of October, 2008.

_____

United States Magistrate Judge